IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Stanford, Ida M | Case Number: 04 B 42511 |
| | Judge: Wedoff, Eugene R |
| Printed: 11/11/08 | Filed: 11/16/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed:  June 26, 2008
Confirmed: January 13, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 8,727.50 | |
| Secured: | | 0.00 |
| Unsecured: | | 5,587.34 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 436.30 |
| Other Funds: | | 3.86 |
| Totals: | 8,727.50 | 8,727.50 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | David M Siegel | Administrative | 2,700.00 | 2,700.00 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | Dell Financial Services, Inc | Secured | 0.00 | 0.00 |
| 4. | Specialized Management Consultants | Unsecured | 35.45 | 15.05 |
| 5. | Discover Financial Services | Unsecured | 673.85 | 355.31 |
| 6. | ECast Settlement Corp | Unsecured | 5,737.03 | 3,024.99 |
| 7. | Resurgent Capital Services | Unsecured | 1,107.93 | 584.19 |
| 8. | ECast Settlement Corp | Unsecured | 3,049.23 | 1,607.80 |
| 9. | CB USA | Unsecured | | No Claim Filed |
| 10. | AT&T | Unsecured | | No Claim Filed |
| 11. | DMCCB | Unsecured | | No Claim Filed |
| 12. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 13. | Social Security Administration | Unsecured | | No Claim Filed |
| | | | $ 13,303.49 | $ 8,287.34 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 32.33 |
| 4% | 16.56 |
| 3% | 10.87 |
| 5.5% | 69.41 |
| 5% | 176.49 |
| 4.8% | 83.17 |
| 5.4% | 47.47 |
| | $ 436.30 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Stanford, Ida M

Printed: 11/11/08

Case Number: 04 B 42511
Judge: Wedoff, Eugene R
Filed: 11/16/04

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

